IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CYNTHIA MARIE LAWSON, et al.,

      Plaintiffs,

v.   CASE NO. 5:11-cv-119-RS-CJK

CRYSTAL KELLY, et al.,

      Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 8). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiffs' federal claims are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiffs' state law claims are dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on November 21, 2011.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**